UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 14-247 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| DYLAN JORDAN, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:   Transportation of a Minor with Intent to Engage in Illicit Sexual Conduct; Attempt and Conspiracy to Engage in Illicit Sexual Conduct in Foreign Places; Production of Child Pornography

<u>Date of Detention Hearing</u>:   June 19, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Indictment in the Western District of Wisconsin with committing the above-referenced offenses in Case No. 13-CR-160 BBC. He was arrested in this District, has waived an identity hearing, and an Order of Transfer has been signed.

2. Defendant was not interviewed by Pretrial Services. His background information is unknown or unverified. He waives a detention hearing in this District, and may request a detention hearing in the charging district after consultation with counsel.

3. Defendant poses a risk of nonappearance due to recent international travel and lack of verified background information. He poses a risk of danger due to the nature of the charges.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 19th day of June, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3